# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154342 & (36)

*In re* DAWSON
_____

DION PATRICK DAWSON,
              Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,
              Defendant-Appellee.
_____/

SC: 154342
COA: 331589

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the June 16, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



Clerk

a0717